United States District Court
for the
Southern District of Florida

| | | |
|---|---|---|
| Raphael Hashayev, Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 19-21955-Civ-Scola |
| | ) | |
| Citibank, N.A., Defendant | ) | |

### Order Dismissing Case

Previously, on June 27, 2019, the Court ordered Plaintiff Raphael Hashayev to file a motion for the entry of a clerk's default. (ECF No. 7.) The Court forewarned Hashayev that his failure to timely do so could result in the dismissal of his case for a failure to prosecute. The Court ordered Hashayev to submit his motion on or before July 8, 2019. That date has come and gone and Hashayev has not sought the entry of a clerk's default.

A district court may dismiss a case, on its own initiative, if a plaintiff abandons its prosecution of the suit. *Compare* Fed. R. Civ. P. 41(b) *with Link v. Wabash R. Co.*, 370 U.S. 626, 630-31 (1962). Courts are vested with this inherent power "to manage their own affairs so as to achieve the orderly and expeditious disposition of cases" and "to clear their calendars of cases that have remained dormant because of the inaction or dilatoriness of the parties seeking relief." *Link*, 370 U.S. at 630–31 .

The Court finds Hashayev has abandoned his prosecution of this matter. The Court therefore **dismisses** this case **without prejudice**, and directs the Clerk of the Court to **close** the matter. Any pending motions are denied as moot.

**Done and ordered** in chambers at Miami, Florida on July 11, 2019.

_____
Robert N. Scola, Jr.
United States District Judge