United States District Court
for the
Southern District of Florida

| | | |
|---|---|---|
| Raphael Hashayev, Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 19-21955-Civ-Scola |
| | ) | |
| Citibank, N.A., Defendant | ) | |

**Judgment in a Civil Action**

The Court has dismissed this action. (ECF No. 8.) Because the order dismissing this action is a judgment, as defined by Rule 54(a) of the Federal Rules of Civil Procedure, the Court enters judgment in this matter under Rule 58 of the Federal Rules of Civil Procedure. The Clerk will **close** this case.

**Done and ordered** in chambers, at Miami, Florida, on July 12, 2019.

_____
Robert N. Scola, Jr.
United States District Judge